IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SETH PERLMAN,             ) | |
| ) | |
| Plaintiff,     ) | |
| ) | 8:04CV108 |
| vs.               ) | |
| ) | ORDER |
| CITY OF OMAHA,        ) | |
| ) | |
| Defendant.    ) | |

This matter is before the court on the defendant's MOTION TO CONTINUE TRIAL DATE AND PRETRIAL CONFERENCE (#51). For good cause shown, and upon consultation with Judge Smith Camp's chambers, I find that the motion should be granted and the trial continued to March 7, 2006.

**IT IS ORDERED** that defendant's Motion (#51) is granted, as follows:

1. Trial of this matter is continued from January 17, 2006 to **March 7, 2006.**

2. The final pretrial conference is continued from December 19, 2006 to **February 23, 2006, at 10:00 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**DATED December 8, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**