# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASES TO | ) | No. 2006-2 |
| THE HONORABLE RALPH ERICKSON | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, Laurie Smith Camp, and Ralph Erickson,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Smith Camp to Judge Erickson for the purposes of trial:

    **8:04CV108 Seth Perlman v. City of Omaha**

2. The magistrate judge assignments will remain unchanged.

3. The above cases will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **March 6, 2006.**

DATED 31st day of January, 2006.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief Judge