# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SETH PERLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:04CV108 |
| | ) | |
| CITY OF OMAHA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT OUT OF TIME (#59) and plaintiff's OBJECTION (#60) thereto. Defendant has not demonstrated good cause for the requested extension of time.

**IT THEREFORE IS ORDERED** that defendant's MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT OUT OF TIME (#59) is denied, and plaintiff's OBJECTION (#60) to the motion is granted.

**DATED February 14, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**