# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SETH PERLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04cv108 |
| vs. ) | |
| ) | ORDER |
| CITY OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's Renewed Motion for Leave to File Motion for Summary Judgment Out of Time [63] and the plaintiff's Motion to Continue [64]. After review of the motions,

**IT IS ORDERED:**

1. The defendant's Renewed Motion [63] is denied.

2. The plaintiff's Motion to Continue [64] is denied.

Dated this 21st day of February 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge