# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SETH PERLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV108 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed a Motion to Continue Trial (#66). The court's calendar cannot accommodate this request.

**IT IS ORDERED** that the motion (#66) is denied.

Pursuant to NECivR 72.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECivR 72.2(d).

**DATED February 24, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**