# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SETH PERLMAN**, | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| v. | ) | 8:04CV108 |
| | ) | |
| **CITY OF OMAHA**, | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court is Plaintiff's Statement of Appeal of Magistrate Judge's Order (#67) dated February 24, 2006.

**IT IS ORDERED** that Plaintiff's Appeal is denied and Magistrate Judge's Order is affirmed.

It appears from the brief of Plaintiff in support of his appeal that Sgt. Bobby Polk, a key witness, has returned to the City of Omaha though he has not yet returned to duty with Defendant, City of Omaha.

**IT IS FURTHER ORDERED** that Defendant City of Omaha shall immediately, by the close of the business day, provide contact information to Plaintiff so Plaintiff can serve a subpoena on Sgt. Bobby Polk requiring his attendance at the trial.

**DATED March 1, 2006.**

              **BY THE COURT:**

              **/s Ralph R. Erickson**
              **United States District Judge**